**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| **Donna Corbello,** | **Case No. 1:07-cv-985** |
| **Plaintiff,** | |
| **vs.** | **JURY** |
| **Thomas Gaetano DeVito,** | |
| **Defendant.** | |

**PLAINTIFF'S NOTICE OF DISCLOSURE UNDER LOCAL RULE CV-26(c)**

Plaintiff, Donna Corbello, by her attorney, and pursuant to Local Rule CV-26(c), herewith submits her *Notice of Disclosure,* confirming that the disclosures required by FED. R. CIV. P. 26(a)(1)(A) and 26(a)(1)(C); the Court's *Order* of April 30, 2008 [Doc. # 24], and the *Order Governing Proceedings*, dated March 7, 2008 [Doc. # 12], were served by overnight courier on Defendant's counsel, L. Bradley Hancock, on May 6, 2008, under FedEx Airbill No. 799319849703, and were received by said counsel's office on May 7, 2008, at 9:22 a.m.  Five (5) additional documents were discovered by Plaintiff on the evening of May 7, 2008, and were sent to defense counsel by electronic mail promptly thereafter.

RESPECTFULLY SUBMITTED:

May 7, 2008                              By:  /s/Gregory H. Guillot
                                                        Gregory H. Guillot, Texas Bar No. 24044312
**ATTORNEY FOR PLAINTIFF,**          **GREGORY H. GUILLOT, PC**
**DONNA CORBELLO**                     13455 Noel Road, Suite 1000
                                                    Dallas, TX 75240
                                                    (972) 774-4560
                                                    (214) 515-0411 (Facsimile)
                                                    ggmark@radix.net (Electronic mail)

2

## CERTIFICATE OF SERVICE

   I, Gregory H. Guillot, do hereby certify that a true and correct copy of the foregoing document was served, via CM/ECF, upon L. Bradley Hancock, Greenberg Traurig, LLP, 1000 Louisiana, Ste. 1800, Houston, Texas 77002, counsel to Defendant, on this, the 8th day of May, 2008.

                              _____/s/Gregory H. Guillot_____
                                   Gregory H. Guillot